318 So.2d 719

**In re Frank BABIES**

**v.**

**STATE.**

**Ex parte Frank Babies.**

**SC 1411.**

Supreme Court of Alabama.

Sept. 11, 1975.

Gray, Seay & Langford, Montgomery, for petitioner.

No appearance for the State.

MERRILL, Justice.

Petition of Frank Babies for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Babies v. State*, 56 Ala.App. 37, 318 So.2d 777.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

315 So.2d 130

**In re Bobby Gene BARKER**

**v.**

**STATE.**

**Ex parte Bobby Gene Barker.**

**SC 1328.**

Supreme Court of Alabama.

June 26, 1975.

Fred Blanton and William A. Robinson, Birmingham, for petitioner.

No appearance for respondent.

BLOODWORTH, Justice.

Petition of Bobby Gene Barker for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Barker v. State, 55 Ala.App. 332, 315 So.2d 129.

Writ denied.

HEFLIN, C. J., and MADDOX, ALMON and SHORES, JJ. concur.